Chad Ryan Stark
Name

2738129
Prison Number

FILED _____ ENTERED _____ RECEIVED _____ ED ON
COUNSEL/PARTIES OF RECORD

FEB - 8 2021

CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY:_____ DEP

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA
***

Chad Ryan Stark,
Plaintiff

vs.

State of Nevada,
Clark County,
L.V.M.P.D.,
Officer J. Lucero,
Detective S. Porter,
Defendant(s).

2:21-cv-00220-GMN-BNW

CIVIL RIGHTS COMPLAINT
PURSUANT TO
42 U.S.C. § 1983

A. JURISDICTION

1) This complaint alleges that the civil rights of Plaintiff, Chad Ryan Stark, (print plaintiff's name) who presently resides at 330 S. Casino Center Blvd ~~7061 Starwood Dr.~~, were violated by the actions of the below-named individuals that were directed against Plaintiff at C.C.D.C./Las Vegas (institution/city where violation occurred) on the following dates: 9/22/2020 (Claim 1), 12/16/2020 (Claim 2), and 01/5/2021 (Claim 3).

Revised 7/8/19

**Make a copy of this page to provide the below
information if you are naming more than five (5) defendants**

2) Defendant **State of Nevada** resides at **Las Vegas, N.V 89101**, and is
(full name of first defendant)        (address of first defendant)

employed as **State of Nevada**. This defendant is sued in his/her
(defendant's position and title, if any)

___ individual  ✓ official capacity. (Check one or both.) Explain how this defendant was acting

under color of law: **Mental Anguish, harrassment, false imprisonment and Defamation of Character**

3) Defendant **Clark County** resides at **Las Vegas, N.V.**, and is

employed as **The City of**. This defendant is sued in his/her

___ individual  ✓ official capacity. (Check one or both.) Explain how this defendant was acting

under color of law: **Mental Anguish, harrassment, false imprisonment and Defamation of Character**

4) Defendant **LVMPD** resides at **Las Vegas, N.V.**, and is

employed as **Police Department**. This defendant is sued in his/her

___ individual  ✓ official capacity. (Check one or both.) Explain how this defendant was acting

under color of law: **Mental Anguish, harrassment, false imprisonment and Defamation of character**

2

5) Defendant J. Lucero P#16543 resides at Las Vegas, N.V., and is employed as Police officer. This defendant is sued in his/her ✓ individual ✓ official capacity. (Check one or both.) Explain how this defendant was acting under color of law: Mental Anguish, Harrassment, false imprisonment, and Defamation of Character

6) Defendant S. Pater P#9485 resides at Las Vegas, N.V., and is employed as Police Detective. This defendant is sued in his/her ✓ individual ✓ official capacity. (Check one or both.) Explain how this defendant was acting under color of law: Mental Anguish, Harrassment, false imprisonment and Defamation of character

7) Jurisdiction is invoked pursuant to 28 U.S.C. § 1343(a)(3) and 42 U.S.C. § 1983. If you wish to assert jurisdiction under different or additional statutes, list them below.

---

### B.    NATURE OF THE CASE

8) Briefly state the background of your case.

A Robbery w/use Deadly Weapon was committed on or around Sep. 13 2020. I was arrested 9/21, Charged with the crime. Released within 24 hours due to lack of evidence. 12/16/2020 I am re-arrested on the same charges with no new evidence. Video from A 7-11 shows me to be innocent yet I have spent 42 days in jail awaiting court dates.

3

C.     CAUSE(S) OF ACTION

CLAIM 1

The following civil rights have been violated: Mental Anguish (caused by intentional infliction or emotional distress) or (negligence of intentional infliction of distress)

Supporting Facts: [Include all facts you consider important. State the facts clearly, in your own words, and without citing legal authority or argument. Be sure you describe exactly what each specific defendant (by name) did to violate your rights].

Since my arrest by L.V.M.P.D. and detainment at C.C.D.C. by the state of Nevada, City of Las Vegas in The County of Clark. Based on A false I.D. from Officer J. Lucero P#16543. And due to the investagating Detective S. Porter P#9485, seeming to just beleive I was guilty based on an assumption and not on the facts. I have been arrested on this same charge(s) twice now where I have spent 42 days locked up for A crime, All parties involved know I did not committ. I shouldn't half to be scared to leave my house due to "matching A discerption". Original defintion of mental Anguish is defined as A compensable injury embracing all forms of mental pain, as opposed to mere physical Pain, including deep greif, distress, anxiety & fright. U am currently experiencing all the above. I have once agian started taking Phys meds to which is Lithium & Ziprxa. Arrest dates are 9/21/2020 and 12/16/2020. Charges dismissed 01/27/2021

4

## CLAIM 2

The following civil rights have been violated: Harrassment

Supporting Facts: [Include all facts you consider important. State the facts clearly, in your own words, and without citing legal authority or argument. Be sure you describe exactly what each specific defendant (by name) did to violate your rights].

Due to being arrested based upon one officer stating he recognized me and no futher evidence, leading to warrants being issued for my arrest. Not once but twice 9/21/2020 and 12/16/2020. Clearly I was mistaken as records show charges were dissmissed on 01/27/2021. But the reason they were droped is because of me having tattoo's on my legs to where as the man in the video they were saying was me did not. I have the full dis-covery from my interview with Dectetive S. Porter P#9485. From back in September on 9/22/2020 where I tell her about and show her my legs with tattoos. So how can I still be a suspect 2 months latter. Thats harrassment from The state, City, County and the Police department.

## CLAIM 3

The following civil rights have been violated: False imprisonment

Supporting Facts: [Include all facts you consider important. State the facts clearly, in your own words, and without citing legal authority or argument. Be sure you describe exactly what each specific defendant (by name) did to violate your rights].

Due to being arrested twice for the same charge first on 09/21/2020 and agian on 12/16/2020. with no new evidence and with the invesigating Doctetive S. Porter P#9485 having all the Video avidence She needs that Shows I am Clearly the wrong Person yet I find myself imprisoned asianst my will at C.C.D.C. in the State of Nevada County of Clark, City of las vegas by the Las Vegas Metro-Politian Ploice Department for 42 days. That is false imprisonment all because officer J. Lucero P# 16543 makes A false Positive I.D. From A Surevallince Photo/Video.

The Following Civil Rights have been violated:
   Defamation of Character (libel)

   By the State of Nevada, City of Las Vegas, County of Clark, charging me with crimes they have full knowledge of that I did not committ said crimes. Detective S. Porter P#9485 knew back in are interview in September I had tattoo's on my legs, but apparently she didn't care because when my Attorney got the same video she I.D. me in the charges get dissmissed due to the fact alone. I have the Interview transcripts where I am telling her it's not me, it's not me. All she keeping doing is calling me A liar and tells me is all and I arde "Bullshiting her". Officer J. Lucero P#16543 involvement is where he is showin A picture of A Robbery suspect and imediately states he knows that is "Chad Stark" (me) yet he has supposedly had an interaction with me at the same loctation at some point or another. Yet her I am today with my character completly and utterly defamed due to this officer and this Detective. Both acting upon under color of Law.

9) Have you filed other actions in state or federal courts involving the **same or similar facts** as involved in this action? Circle one: Yes or (No.) If your answer is "Yes," describe each lawsuit. (If more than one, describe the others on an additional page answering the following questions.)

    a) Defendants: _____

    b) Name of court and docket number: _____

    c) Disposition (for example, was the case dismissed, appealed or is it still pending?):

        _____

    d) Issues raised: _____

        _____

        _____

    e) Approximate date it was filed: _____

    f) Approximate date of disposition: _____

10) Have you filed an action in federal court that was dismissed because it was determined to be frivolous, malicious, or failed to state a claim upon which relief could be granted? Circle one: Yes or No. If your answer is "Yes," describe each lawsuit. (If you had more than three actions dismissed based on the above reasons, describe the others on an additional page answering the following questions.)

**Lawsuit #1 dismissed as frivolous, malicious, or failed to state a claim:**

    a) Defendants: _____

    b) Name of court and case number: _____

    c) The case was dismissed because it was found to be (circle one): (1) frivolous; (2) malicious; or (3) failed to state a claim upon which relief could be granted.

    d) Issues raised: _____

        _____

        _____

    e) Approximate date it was filed: _____

    f) Approximate date of disposition: _____

**Lawsuit #2 dismissed as frivolous, malicious, or failed to state a claim:**

a) Defendants: _____

b) Name of court and case number: _____

c) The case was dismissed because it was found to be (circle one): (1) frivolous; (2) malicious; or (3) failed to state a claim upon which relief could be granted.

d) Issues raised: _____

_____

_____

e) Approximate date it was filed: _____

f) Approximate date of disposition: _____

**Lawsuit #3 dismissed as frivolous, malicious, or failed to state a claim:**

a) Defendants: _____

b) Name of court and case number: _____

c) The case was dismissed because it was found to be (circle one): (1) frivolous; (2) malicious; or (3) failed to state a claim upon which relief could be granted.

d) Issues raised: _____

_____

_____

e) Approximate date it was filed: _____

f) Approximate date of disposition: _____

**D.     REQUEST FOR RELIEF**

I believe I am entitled to the following relief: After reviewing the above facts & considering how much I have suffered and future suffering I am searching for damages in excess of $1.2 million dollars. For Mental Anguish, Harrassment, false imprisonment & defamation of Character. I find that to be A Suitiable amount of monies. Also would like A Pro-Bono attorney as I can not afford one.

I understand that a false statement or answer to any question in this complaint will subject me to penalties of perjury. **I DECLARE UNDER PENALTY OF PERJURY UNDER THE LAWS OF THE UNITED STATES OF AMERICA THAT THE FOREGOING IS TRUE AND CORRECT.** *See* 28 U.S.C. § 1746 and 18 U.S.C. § 1621.

_____
(name of person who prepared or helped
prepare this complaint if not the plaintiff)

_____
(signature of plaintiff)

02/3/2021
(date)