1
2
3
4
5
6
7

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| Chad Ryan Stark,<br><br>                    Plaintiff,<br><br>       v.<br><br>State of Nevada, et al.,<br><br>                    Defendants. | Case No. 2:21-cv-00220-GMN-BNW<br><br>**REPORT AND RECOMMENDATION** |

On March 19, 2021, the Court ordered Plaintiff to update his address, as several filings were returned as undeliverable. *See* ECF Nos. 4-7. Accordingly, the Court gave Plaintiff until April 1, 2021 to update his address. ECF No. 6. The Court further advised Plaintiff that if he did not comply with the Court's order, the Court would recommend dismissing his case. *Id.* Plaintiff has not complied with the Court's order.

IT IS THEREFORE RECOMMENDED that Plaintiff's case be dismissed without prejudice.

### NOTICE

This report and recommendation is submitted to the United States district judge assigned to this case under 28 U.S.C. § 636(b)(1). A party who objects to this report and recommendation may file a written objection supported by points and authorities within fourteen days of being served with this report and recommendation. Local Rule IB 3-2(a). Failure to file a timely

objection may waive the right to appeal the district court's order. *Martinez v. Ylst*, 951 F.2d 1153, 1157 (9th Cir. 1991).

DATED: April 9, 2021

_____
BRENDA WEKSLER
UNITED STATES MAGISTRATE JUDGE